IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY F. DURDEN,

    Petitioner,                      No. CIV S-11-2480 DAD P

    vs.

UNKNOWN,

    Respondent.                    ORDER

_____/

        Petitioner, a state prisoner at R.J. Donovan Correctional Facility, has filed a letter with the court, setting forth vague and conclusory allegations, upon which the Clerk of Court opened this civil action. Petitioner has also filed documents styled as an "affidavit." However, he has not filed a petition for writ of habeas corpus or any other pleadings with this court.

        In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Petitioner will be provided the opportunity to file a petition for writ of habeas corpus, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Petitioner is granted thirty days from the date of service of this order to file a
3  petition that complies with the requirements of the Rules Governing Section 2254 Cases, the
4  Federal Rules of Civil Procedure, and the Local Rules of Practice.  Petitioner shall also submit,
5  within thirty days from the date of this order, the application to proceed in forma pauperis on the
6  form provided by the Clerk of Court, or the filing fee in the amount of $5.00.  Petitioner's failure
7  to comply with this order will result in dismissal of this action; and

8    2. The Clerk of the Court is directed to send petitioner the court's form for filing
9  a petition for writ of habeas corpus and the application to proceed in forma pauperis by a
10 prisoner.

11 DATED: March 7, 2012.

14 DAD:9
   durd2480.nopetition

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE