IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY F. DURDEN,

    Petitioner,        No. CIV S-11-2480 DAD P

   vs.

UNKNOWN,

    Respondent.      ORDER

_____/

        On March 8, 2012, and again on April 18, 2012, this court ordered petitioner to submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee of $5.00. Although petitioner has filed a copy of his inmate trust account statement, he still has not submitted a signed in forma pauperis affidavit on the form provided by the Clerk of Court. The court will grant petitioner an additional opportunity to do so.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit the application to proceed in forma pauperis on the form provided by the Clerk of Court within thirty days of the date of service of this order;

        2. Failure to comply with this order or seek an extension of time to do so will result in dismissal of this action; and

/////

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: May 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
durd2480.ifp